IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BARTON RAY GAINES, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:08-CV-147-Y |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| T.D.C.J.,Correctional § | |
| Institutions DIV., § | |
| Respondent. § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Barton Ray Gaines under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 28, 2008; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 16, 2008.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions, and for the reasons stated in Quarterman's prelimnary response at pages 6-7.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Barton Ray Gaines's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED October 14, 2008.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE